■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SUZANNE B. WICKSALL, Appellant. [887 NYS2d 924]—Appeal from a judgment of the Ontario County Court (Frederick G. Reed, J.), rendered July 26, 2006. The judgment convicted defendant, upon her plea of guilty, of criminal sale of a controlled substance in the third degree (two counts) and criminal possession of a controlled substance in the seventh degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Smith, Carni and Green, JJ.